IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STEVEN D'AMICO,

      Appellant,

v.

DEPARTMENT OF
CORRECTIONS,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2481

Opinion filed December 8, 2014.

An appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

Steven D'Amico, pro se, Appellant.

Jennifer Parker, General Counsel, Department of Corrections, Tallahassee; Pamela Jo Bondi, Attorney General, Tammy S. Metcalf, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

WOLF, THOMAS, and WETHERELL, JJ., CONCUR.